# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2019

159845 (6)

RANDY HOLLOWAY,
        Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.

_____/

SC: 159845
AGC: 16-1322

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

On order of the Chief Justice, Plaintiff's motion for reconsideration of the June 26, 2019 order is denied because it does not appear that the order was entered erroneously. Within 21 days of the date of this order, Plaintiff shall pay to the Clerk of the Court the initial partial filing fee of $21.00; submit a copy of the June 26, 2019 order; and refile a copy of the pleadings as ordered. Failure to comply with this order shall result in the administrative dismissal of Appellant's appeal.



izm

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2019
_____


_____
Clerk